**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00185-PHX-DGC |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| Sergio Roberto Pena-Guerrero, | |
| Defendant. | |

On May 10, 2018, Defendant appeared before this Court on a petition to revoke conditions of release. The Court considered the information provided to the Court, and the arguments of counsel, in determining whether the Defendant should be released on conditions set by the Court.

The Court finds, by clear and convincing evidence, that Defendant has violated the conditions of release and that there is no condition or combination of conditions available to the Court that will reasonably assure the appearance of Defendant as required. 18 U.S.C. § 3148(b). Here, Defendant initially told Pretrial Services he did not have a methamphetamine problem, which was only discovered based upon later statements from a family member. Nonetheless, the Court placed Defendant in Crossroads and Defendant completed several months of treatment. But he left the facility, consumed alcohol, and returned. He claimed he drank a 40 ounce container of beer, but his blood alcohol concentration was .20. Defendant agreed to abide by the rules of Crossroads placement, and he failed to honor that agreement. Crossroad's staff made a decision to

unsuccessfully discharge Defendant from their program. The Court finds that Defendant has been unable to follow the orders of the Court and that he remains a flight risk based upon his inability to refrain from consuming a significant amount of alcohol during treatment.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated this 10th day of May, 2018.

Honorable John Z. Boyle
United States Magistrate Judge